IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–00165–REB–KMT

JOHN WOLFE, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

ASPENBIO PHARMA, INC.,
RICHARD G. DONNELLY,
DAVID FAULKER,
STEVE LUNDY,
GREGORY PUSEY,
JEFFREY G. MCGONEGAL,
DR. MARK J. RATAIN,
DR. ROBERT CASPARI,
MARK COLGIN, and
GAIL S. SCHOETTLER,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiffs' "Unopposed Motion for Leave to File an Amended Complaint and Establish Briefing Schedule" (Doc. No. 24, filed August 22, 2011) is GRANTED in part and DENIED in part. The motion to file an amended complaint is GRANTED, pursuant to Fed. R. Civ. P. 15(a)(2). The Clerk of Court is directed to file the "Amended Class Action Complaint for Violationof [sic] the Securities Laws" (Doc. No. 22-1).

The motion to establish a briefing schedule is DENIED without prejudice. Plaintiffs shall file a renewed motion to establish a briefing schedule, to be ruled on by Judge Blackburn.

Dated: August 23, 2011