# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

November 10, 2014

Chris Wolpert
Chief Deputy Clerk

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:    12-1406, Wolfe, et al v. AspenBio Pharma, et al**
       Dist/Ag docket: 1:11-CV-00165-REB-KMT

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:    James J. Brosnahan
       Somnath Raj Chatterjee
       Mark Ryan Scott Foster
       Jonathan Richard Horne
       Phillip C. Kim
       Laurence Mathew Rosen

EAS/kf